UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Gerald Shannon
                    Plaintiff,

v.                                      Case No.: 1:19–cv–06437
                                                Honorable Ronald A. Guzman

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 12/18/2019. Defendant's counsel reports on the status of service as to Officer Johnson. Defendant City of Chicago's second unopposed motion for extension of time to answer or otherwise plead [20] is entered and continued to 1/8/2020. Status hearing set for 1/8/2020 at 09:30 AM. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.